IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

G.M., THE FATHER OF S.B.M.,
L.M., AND C.M., MINOR ETC.,

      Appellants,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1538

_____/

Opinion filed November 9, 2016.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Terry P. Roberts, Tallahassee, for Appellant, G.M. Leonard T. Helfand, Tallahassee, for Appellant, C.M.

Dwight O. Slater, Appellate Counsel, Tallahassee, for Florida Department of Children and Families. Kelley Schaeffer of Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., JAY, and WINSOR, JJ., CONCUR.